J-A07027-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| D.J.N. | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| G.N. | |
| Appellee | No. 1370 WDA 2015 |

Appeal from the Order August 10, 2015
In the Court of Common Pleas of Allegheny County
Family Court at No(s): FD 97-06360-004

BEFORE:  BOWES, J., MUNDY, J., and JENKINS, J.

CONCURRING STATEMENT BY JENKINS, J.:                **FILED JULY 7, 2016**

I concur with the Majority's memorandum affirming the order granting the petition for modification.  I write separately to note that the trial court's requirement that "Mother shall be present at all times when the children are in Mother's custody" is extraordinarily burdensome.  This requirement would prevent the children from seeing friends and would prevent them from going to birthday parties or any activity unless all 5 people, Mother and the four youngest children, could attend.  It also would prevent Mother from leaving any child with anyone, including Mother's husband, to run an errand.  However, at oral argument before this Court, the parties stated that they had made reasonable accommodations to avoid strict enforcement of this provision.